UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE BROWN,

      Plaintiff,

v.                              Case No. 3:13cv572/LC/CJK

RICHARD COMERFORD, et al.,

      Defendants.

_____/

## REPORT AND RECOMMENDATION

On July 22, 2014, the court ordered plaintiff to file a second amended complaint limited to particular individual capacity claims for nominal damages against defendants Gielow, Suttles, Enfinger, Carr and Moore. (Doc. 22).[1] Plaintiff was directed to file his second amended complaint within thirty days and was warned that failure to do so would result in a recommendation that this case be dismissed. (*Id.*).  To date, plaintiff has not filed a second amended complaint and has not responded to the court's August 28, 2014 Order (doc. 23) requiring him to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court.

_____

[1]The order requiring amendment followed the district judge's July 21, 2014 Order (doc. 21), which adopted the undersigned's April 10, 2014 Report and Recommendation, dismissed several of plaintiff's claims and remanded the case to the undersigned for further proceedings on those claims that were allowed to proceed.

Accordingly, it is respectfully RECOMMENDED:

1.   That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2.   That the clerk be directed to close the file.

At Pensacola, Florida this 19th day of September, 2014.


/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**



NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).