UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOE BROWN,

    Plaintiff,

v.                                    Case No. 3:13cv572/LC/CJK

RICHARD COMERFORD, et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 19, 2014 (doc. 24).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1)(B).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The Magistrate Judge's Report and Recommendation (doc. 24) is adopted and incorporated by reference in this order.

    2.  Plaintiff's individual capacity claims for nominal damages against

defendants Gielow, Suttles, Enfinger, Carr and Moore are DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court. All other claims were dismissed on July 21, 2014 (doc. 21).

3. The clerk shall enter judgment according to this Order and the court's July 21, 2014 Order (doc. 21), and shall close the file.

**DONE AND ORDERED** this 21st day of October, 2014.


s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**